# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 5, 2020

## NO. 03-19-00757-CV

**Appellant, Robert A. Marshall//**
**Cross-Appellants, Scott Law Ortho Corp. P.C.; and Julio De La Fuente, DDS**

**v.**

**Appellees, Scott Law Ortho Corp. P.C.; and Julio De La Fuente, DDS//**
**Cross-Appellee, Robert A. Marshall**

**APPEAL FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND TRIANA**
**DISMISSED ON APPELLANT'S AND CROSS-APPELLANTS' JOINT MOTION --**
**OPINION BY JUSTICE BAKER**

This is an appeal from the judgment signed by the trial court on September 30, 2019. The parties have filed a joint motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall pay the costs of appeal incurred by that party, both in this Court and in the court below.